IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Tybetha Will Prosper, as Trustee for the
next of kin of Naajikhan Adonis Powell,
Deceased,

        Plaintiff,

Case No. 21-cv-00627 (SRN/TNL)

vs.

**Consent and Waiver Regarding Wrongful Death Proceeds**

Inny Angrimson, in her individual capacity,
Kilhlah Leuzzo, in her individual capacity,
Erin Cottom, in her individual capacity,
Scott Johnson, in his individual capacity,
Anthony Hamling, in his individual capacity,
Hennepin Healthcare System, Inc., and
County of Hennepin, Minnesota,

        Defendants.

Pursuant to Minn. Stat. § 358.116 and 28 U.S.C. § 1746, I hereby declare under the penalty of perjury as follows: (1) I received the Notice of Hearing, Petition for Distribution of Proceeds, Proposed Order on Distribution of Proceeds, Consent and Waiver Regarding Distribution of Wrongful Death Proceeds; (2) I consent to the distribution in the Petition; (3) I waive all right to object to the Petition; and (4) I waive all right to a hearing on the Petition.

Dated: 10/16/22

Amber McCauley as legal guardian of D███
M███