# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Tybetha Will Prosper, as Trustee for the
next of kin of Naajikhan Adonis Powell,
Deceased,

    Plaintiff,

vs.

Inny Angrimson, in her individual capacity,
Kilhlah Leuzzo, in her individual capacity,
Erin Cottom, in her individual capacity,
Scott Johnson, in his individual capacity,
Anthony Hamling, in his individual capacity,
Hennepin Healthcare System, Inc., and
County of Hennepin, Minnesota,

    Defendants.

Case No. 21-cv-00627 (SRN/TNL)

**Consent and Waiver Regarding
Wrongful Death Proceeds**

---

Pursuant to Minn. Stat. § 358.116 and 28 U.S.C. § 1746, I hereby declare under the penalty of perjury as follows: (1) I received the Notice of Hearing, Petition for Distribution of Proceeds, Proposed Order on Distribution of Proceeds, Consent and Waiver Regarding Distribution of Wrongful Death Proceeds; (2) I consent to the distribution in the Petition; (3) I waive all right to object to the Petition; and (4) I waive all right to a hearing on the Petition.

Dated: Nov 8, 2022

Katie Ernst (Nov 8, 2022 10:51 CST)
Katie Ernst for A███ E███