# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tybetha Will Prosper, as Trustee for the next of kin of Naajikhan Adonis Powell, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>Inny Angrimson, in her individual capacity, Kilhlah Leuzzo, in her individual capacity, Erin Cottom, in her individual capacity, Scott Johnson, in his individual capacity, Anthony Hamling, in his individual capacity, Hennepin Healthcare System, Inc., and County of Hennepin, Minnesota,<br><br>Defendants. | Case No. 21-cv-00627 (SRN/TNL)<br><br>**ORDER APPROVING SETTLEMENT WITH HENNEPIN COUNTY** |

This matter is before the Court on the Stipulation for Court to Approve Settlement Under Minn. Stat. § 466.08 [Doc. No. 76]. Having been advised that the claims have been fully compromised and settled between Plaintiff Tybetha Will Prosper, as trustee for the next of kin of Naajikhan Adonis Powell, and Defendants Hennepin County and Hennepin Healthcare System, Inc., and pursuant to the requirements of Minn. Stat. § 466.08;

IT IS HEREBY ORDERED THAT the settlement of the above-captioned action for a sum in excess of $10,000 is APPROVED.

Dated: December 2, 2022

BY THE COURT:

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge